People v Trent (2025 NY Slip Op 01826)

People v Trent

2025 NY Slip Op 01826

Decided on March 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
JANICE A. TAYLOR
PHILLIP HOM, JJ.

2019-11273
 (Ind. No. 114/19)

[*1]The People of the State of New York, respondent,
v
Devon Trent, appellant.

Richard L. Herzfeld, New York, NY, for appellant.
Raymond A. Tierney, Riverhead, NY (Kathleen Becker Langlan and Marion Tang of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Suffolk County (William J. Condon, J.), rendered September 5, 2019, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The sentence imposed was not excessive (see generally People v Brisman, _____ NY3d _____, _____, 2025 NY Slip Op 00123, *1).
The People's remaining contention is without merit.
DUFFY, J.P., MILLER, TAYLOR and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court